| | |
|---|---|
| 1 | FOLEY & LARDNER LLP<br>ATTORNEYS AT LAW |
| 2 | ONE MARITIME PLAZA, SIXTH FLOOR<br>SAN FRANCISCO, CALIFORNIA 94111-3409<br>TELEPHONE: 415.434.4484 |
| 3 | FACSIMILE: 415.434.4507 |
| 4 | THOMAS F. CARLUCCI, BAR NO. 135767<br>RUSSELL L. CARLBERG, BAR NO. 221451 |
|   | ATTORNEYS FOR DEFENDANT RYAN ZEMAN |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            *E-FILED - 2/6/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00586-RMW |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
|   | ) | **ORDER CONTINUING SENTENCING** |
| v | ) | **DATE** |
| RYAN ZEMAN, | ) | Date Scheduled: February 27, 2006 |
| aka madashell, aka manta, | ) | Date Requested: May 8, 2006 |
| aka hammer_JR, aka 1234 | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its attorney of record, the United States Attorney for the Northern District of California, and Defendant Ryan Zeman, by and through his counsel of record, Thomas F. Carlucci, Esq., of Foley & Lardner LLP, hereby stipulate and agree to continue the sentencing hearing from February 27, 2006, to May 8, 2006, at 9:00 a.m., or as soon thereafter as is convenient for the Court to hear the parties.

The parties request the continuance so that the defense may gather additional information relevant to the determination of the value of the loss. Defendant has pled guilty to Count One of the Information, Copyright Infringement By Electronic Means and Aiding and Abetting, in violation of 17 U.S.C. §506(a)(1)(B), 18 U.S.C. §§2, 2319(c)(1). The parties agree that loss determination related to infringement of copyright in this case would benefit from some

STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING DATE
CASE NO. CR 05-00586-RMW
1

SFCA_377356.1

1  additional development. United States Probation Officer, Benjamin Flores, has been informed of
2  this request and does not object.
3      IT IS SO STIPULATED.
4  DATE:                                KEVIN V. RYAN
                                        United States Attorney
5
6                                       By: /s/ Mark L. Krotoski
7
                                        Assistant United States Attorney
8
9  DATE: 1/12/06                        FOLEY & LARDNER LLP
10
11                                      By: /s/
                                        Thomas F. Carlucci
                                        Russell L. Carlberg
12
                                        Attorneys for Defendant RYAN ZEMAN
13
14
15      IT IS SO ORDERED. The sentencing hearing in this matter is continued from February
16  27, 2006 to May 8, 2006 at 9:00 a.m.
17  DATE: 2/6/06
18
                                        By: /S/ RONALD M. WHYTE
19                                          Hon. Ronald M. Whyte
                                            UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING DATE
CASE NO. CR 05-00586-RMW
2

SFCA_377356.1