UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION       *E-FILED - 2/8/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00586 RMW |
| ) | |
| Plaintiff, ) | [ PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| RYAN ZEMAN, ) | |
|    aka madashell, aka manta, ) | |
|    aka hammer_JR, aka 1234, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement filed on October 6, 2005, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

    IT IS HEREBY ORDERED that defendant Ryan Zeman shall forfeit to the United States all of his right, title and interest in the following property pursuant to Title 17, United States Code, Sections 506(b) and 509(a):

    1.   Scientific Atlantic Cable Modem SN 103018746

    2.   Various illegal CDs and DVDs

    3.   Apple iPod plus dock, SN 2CD434OYN2

    4.   Toshiba Laptop and power supply, SN 92070599P

    5.   Creative Labs Sound Blaster SN MISB0300415009245N

    6.   2.4GHZ Dlink Broadband Wireless Router SN BN0223600 3018

7. 10 Base 4 Port Hub 0BD4000564

8. 2 Port cardbus firewire SIIG NOT020000547

9. High Speed USB Notebook card SNM0380033688

10. Common Compact Flash Card FC8M

11. 128MB Flashcard FC128

12. Magnetic Digital Video Tape

13. Unlabeled hard drive SN 5JREK4EV

14. Xbox Video game SN 2011467_22102

15. Generic Computer Tower with 3 labels (no SN)

16. 40 hour TIVO plus wires and remote, service number 240-0000-8060-15C9

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this  7  day of  February  2006.


       /s/ Ronald M. Whyte
       RONALD M. WHYTE
       United States District Judge