

**FOLEY & LARDNER LLP**
**ATTORNEYS AT LAW**

ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
WWW.FOLEY.COM

## FACSIMILE TRANSMISSION

Total # of Pages 3 (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| Mark Krotoski<br>Northern District of California | | 408-535-5066 |

From: Jennifer R. Berson
Email Address: jberson@foley.com
Sender's Direct Dial: 415-438-6447
Date: March 13, 2006
Client/Matter No: 063176-0101
User ID No: 8707
Re: USA v. Zeman

**MESSAGE:**

Mr. Krotoski-

Enclosed please find the Stipulation to Continue the sentencing date from May 8, 2006 to May 22, 2006. Tom Carlucci has signed the stipulation. If you can sign this and fax it back with your signature, I will file it today. Thank you.

Sincerely,

Jennifer Berson

If there are any problems with this transmission or if you have not received all of the pages, please call 415.434.4484, extension 858.

| Operator: | Time Sent: | Return Original To:<br>Shannon C. Williams |
|---|---|---|

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

1  FOLEY & LARDNER LLP
   ATTORNEYS AT LAW
   ONE MARITIME PLAZA, SIXTH FLOOR
2  SAN FRANCISCO, CALIFORNIA 94111-3409
   TELEPHONE: 415.434.4484
3  FACSIMILE: 415.434.4507

4  THOMAS F. CARLUCCI, BAR NO. 135767
   RUSSELL L. CARLBERG, BAR NO. 221451
   ATTORNEYS FOR DEFENDANT RYAN ZEMAN

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION      *E-FILED - 4/19/06*

11  UNITED STATES OF AMERICA,       )  No. CR 05-00586-RMW
                                    )
12              Plaintiff,          )  STIPULATION AND [PROPOSED]
                                    )  ORDER CONTINUING SENTENCING
13       v.                         )  DATE
                                    )
14  RYAN ZEMAN,                     )  Date Scheduled: May 8, 2006
        aka madashell, aka manta,   )  Date Requested: May 22, 2006
15      aka hammer_JR, aka 1234     )
                                    )
16              Defendant.          )

17

18       Plaintiff, United States of America, by and through its attorney of record, the United

19  States Attorney for the Northern District of California, and Defendant Ryan Zeman, by and

20  through his counsel of record, Thomas F. Carlucci, Esq., of Foley & Lardner LLP, hereby

21  stipulate and agree to continue the sentencing hearing from May 8, 2006, to May 22, 2006, at

22  9:00 a.m., or as soon thereafter as is convenient for the Court to hear the parties.

23       The parties request the continuance so that they may continue to dialogue about the value

24  of the subject loss. Defendant has pled guilty to Count One of the Information, Copyright

25  Infringement By Electronic Means and Aiding and Abetting, in violation of 17 U.S.C.

26  §506(a)(1)(B), 18 U.S.C. §§2, 2319(c)(1). The parties agree that loss determination related to

27  infringement of copyright in this case would benefit from some additional development. United

28

1  States Probation Officer, Benjamin Flores, has been informed of this request and does not object.

2  IT IS SO STIPULATED.

3  DATE: march 30, 2006

KEVIN V. RYAN
United States Attorney

By: /s/ Mark L. Krotoski

Mark L. Krotoski
Assistant United States Attorney

8  DATE:

FOLEY & LARDNER LLP

By: /s/
Thomas F. Carlucci
Russell L. Carlberg

Attorneys for Defendant RYAN ZEMAN

14  IT IS SO ORDERED. The sentencing hearing in this matter is continued from May 8, 2006 to May 22, 2006 at 9:00 a.m.

16  DATE: 4/19/06

By: /s/ Ronald M. Whyte

Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING DATE
CASE NO. CR 05-00586-RMW
2

SFCA 381651.2