```
 1  FOLEY & LARDNER LLP
    ATTORNEYS AT LAW
    ONE MARITIME PLAZA, SIXTH FLOOR
 2  SAN FRANCISCO, CALIFORNIA 94111-3409
    TELEPHONE: 415.434.4484
 3  FACSIMILE: 415.434.4507

 4  THOMAS F. CARLUCCI, BAR NO. 135767
    JENNIFER R. BERSON, BAR NO. 241006
    ATTORNEYS FOR DEFENDANT RYAN ZEMAN
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 5/11/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00586-RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | |
| RYAN ZEMAN, aka madashell, aka manta, aka hammer_JR, aka 1234 | Date Scheduled: May 22, 2006<br>Date Requested: July 17, 2006 |
| Defendant. | |

Plaintiff, United States of America, by and through its attorney of record, the United States Attorney for the Northern District of California, and Defendant Ryan Zeman, by and through his counsel of record, Thomas F. Carlucci, Esq., of Foley & Lardner LLP, hereby stipulate and agree to continue the sentencing hearing from May 22, 2006, to July 17, 2006, at 9:00 a.m., or as soon thereafter as is convenient for the Court to hear the parties.

The parties request the continuance so that they may continue to dialogue about the value of the subject loss. Defendant has pled guilty to Count One of the Information, Copyright Infringement By Electronic Means and Aiding and Abetting, in violation of 17 U.S.C. §506(a)(1)(B), 18 U.S.C. §§2, 2319(c)(1). The parties agree that loss determination related to infringement of copyright in this case would benefit from some additional development. United

1  States Probation Officer, Benjamin Flores, has been informed of this request, supports the
2  request, and does not object.
3       IT IS SO STIPULATED.
4  DATE: 5/4/06

KEVIN V. RYAN
United States Attorney

By: _____
    Mark L. Krotoski

Assistant United States Attorney

9  DATE: May 4, 2006

FOLEY & LARDNER LLP

By: _____
    Thomas F. Carlucci
    Jennifer R. Berson

Attorneys for Defendant RYAN ZEMAN

15       IT IS SO ORDERED. The sentencing hearing in this matter is continued from May 22,
16  2006 to July 17, 2006 at 9:00 a.m.
17  DATE: 5/11/06

By: __/S/ RONALD M. WHYTE__
    Hon. Ronald M. Whyte
    UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING DATE
CASE NO. CR 05-00586-RMW
2

SFCA_383978.1