**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

THOMAS F. CARLUCCI, BAR NO. 135767
JENNIFER R. BERSON, BAR NO. 241006
ATTORNEYS FOR DEFENDANT RYAN ZEMAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED - 7/12/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00586-RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | |
| RYAN ZEMAN, aka madashell, aka manta, aka hammer_JR, aka 1234 | Date Scheduled: July 17, 2006<br>Date Requested: July 31, 2006 |
| Defendant. | |

Plaintiff, United States of America, by and through its attorney of record, the United States Attorney for the Northern District of California, and Defendant Ryan Zeman, by and through his counsel of record, Thomas F. Carlucci, Esq., of Foley & Lardner LLP, hereby stipulate and agree to continue the sentencing hearing from July 17, 2006, to July 31, 2006, at 9:00 a.m., or as soon thereafter as is convenient for the Court to hear the parties.

The parties request the continuance in light of the Proposed Presentence Report not yet having been disclosed to the parties. Defendant has pled guilty to Count One of the Information, Copyright Infringement By Electronic Means and Aiding and Abetting, in violation of 17 U.S.C. §506(a)(1)(B), 18 U.S.C. §§2, 2319(c)(1). United States Probation Officer, Benjamin Flores, has been informed of this request, supports the request, and does not object.

1  IT IS SO STIPULATED.

2  DATE: June 30, 2006                    KEVIN V. RYAN
                                          United States Attorney
3

4                                         By:  /s/ Mark L. Krotoski
                                               Mark L. Krotoski
5
                                          Assistant United States Attorney
6

7  DATE: June 30, 2006                    FOLEY & LARDNER LLP

8
                                          By:  /s/ Thomas F. Carlucci
9                                              Thomas F. Carlucci
                                               Jennifer R. Berson
10
                                          Attorneys for Defendant RYAN ZEMAN
11

12

13      IT IS SO ORDERED. The sentencing hearing in this matter is continued from July 17,

14  2006 to July 31, 2006 at 9:00 a.m.

15  DATE: 7/12/06

16
                                          By:  /S/ RONALD M. WHYTE
17                                             Hon. Ronald M. Whyte
                                               UNITED STATES DISTRICT JUDGE
18

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE
CASE NO. CR 05-00586-RMW
2

SFCA_389399.1