**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

THOMAS F. CARLUCCI, BAR NO. 135767
EMAIL:  TCARLUCCI@FOLEY.COM
JAIME GUERRERO, BAR NO. 192211
EMAIL:  JGUERRERO@FOLEY.COM
ATTORNEYS FOR DEFENDANT RYAN ZEMAN

*E-FILED - 6/19/07*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RYAN ZEMAN,<br>  aka madashell, aka manta,<br>  aka hammer JR, aka 1234<br><br>_____ Defendant. | No. CR 05-00586-RMW<br><br>**STIPULATION AND []**<br>**ORDER RE MODIFICATION OF**<br>**CONDITIONS OF PROBATION** |

Plaintiff, United States of America, by and through its attorney of record, the United States Attorney for the Northern District of California, and Defendant Ryan Zeman, by and through his counsel of record, Thomas F. Carlucci, Esq., of Foley & Lardner LLP, hereby stipulate and agree as follows:

1.      On October 3, 2005, Defendant pled guilty to an Information charging defendant with a sole count of Copyright Infringement By Electronic Means and Aiding and Abetting, in violation of 17 U.S.C. §506(a)(1)(B), 18 U.S.C. §§2, 2319(c)(1).

2.      On July 31, 2006, Defendant was sentenced to three (3) years probation as to Count 1 of the Information.  As a condition of probation, the Court sentenced defendant to a period of four (4) months at a Community Confinement Facility, followed by participation in the Home Confinement with Electronic Monitoring Program for a period of four (4) months.  Both

1   periods of confinement are completed.

2       3.      On August 4, 2006, the Court filed the Judgment in Criminal Case.  As part of the

3   Judgment, the Court ordered that defendant comply with the standard conditions adopted by the

4   Court.  The first standard condition of the Judgment is that "defendant shall not leave the judicial

5   district without permission of the court or the probation officer."

6       4.      On June 1, 2007, attorney for defendant, Jaime Guerrero, spoke with defendant's

7   probation officer, United States Probation Officer Lisa Bishop of the United States Probation

8   Office for the Southern District of California.  Officer Bishop informed Mr. Guerrero that the

9   supervision of defendant's probation had been transferred from the Northern District of

10  California to the Southern District of California.  Officer Bishop further informed Mr. Guerrero

11  that defendant had completed his conditions of community confinement and home confinement

12  with electronic monitoring.  Officer Bishop also informed Mr. Guerrero that, to date, defendant

13  had followed all conditions of probation.

14      5.      Mr. Guerrero informed Officer Bishop that defendant sought to receive

15  permission to travel internationally.  Officer Bishop informed Mr. Guerrero that the process for

16  receiving permission from the Court to travel internationally was cumbersome because

17  defendant's case originated in the Northern District of California.  Specifically, Officer Bishop

18  noted that in order for defendant to receive permission to travel internationally, she first has to

19  approve defendant's request, including reviewing all appropriate documentation.  Once Officer

20  Bishop has all the appropriate documentation, she must then send a letter to the United States

21  Probation Office in the Northern District of California requesting that defendant be allowed to

22  travel internationally.  Thereafter, the United States Probation Office for the Northern District of

23  California must make a formal request to the Court on behalf of defendant.  As a result, Officer

24  Bishop informed Mr. Guerrero that the process of obtaining Court approval for an international

25  trip can take up to up to sixty (60) days.

26      6.      Officer Bishop informed Mr. Guerrero that the only way to obtain approval in a

27  shorter period of time is to obtain a Court order allowing defendant to travel internationally as

28  long as defendant complies with the conditions set by the Probation Office in the Southern

---

STIPULATION AND  ORDER RE MODIFICATION OF CONDITIONS OF PROBATION
CASE NO. CR 05-00586-RMW
2

District of California.  If defendant had prior Court approval to travel internationally and met the conditions set by the Probation Office in the Southern District of California, Officer Bishop noted that defendant could receive a travel permit issued by the Probation Office upon receipt of all the necessary information.

7.    Officer Bishop told Mr. Guerrero that one of the concerns with defendant's international travel was that defendant not spend any money that would otherwise go to paying restitution.  Accordingly, Officer Bishop has informed defendant that defendant can only travel, whether domestically or internationally, if the trip is paid for by his employer or by his family. Otherwise, Officer Bishop will not approve of the travel.

8.    Officer Bishop and Mr. Guerrero discussed defendant's proposed international travel, which currently includes a trip to Ensenada, Baja California, Mexico, on June 22, 2007, for a wedding, and a family trip to Italy and Ireland, beginning on July 8, 2007.  Officer Bishop informed Mr. Guerrero that defendant has submitted sufficient information to allow defendant to receive separate permits to travel to Italy and Ireland as well as Ensenada.

9.    Officer Bishop noted that she did not oppose defendant's requests to travel internationally.  However, Officer Bishop noted that she could not approve any international travel without permission from the Court.  Accordingly, Officer Bishop suggested that defendant obtain a Court order allowing defendant to travel internationally with the prior approval of the United States Probation Office for the Southern District of California.

10.    On June 04, 2007, Mr. Guerrero spoke with Assistant United States Attorney ("AUSA") Mark L. Krotoski of the United States Attorney's Office for the Northern District of California.  AUSA Krotoski prosecuted defendant in the underlying case that resulted in defendant's three-year probation.  Mr. Guerrero informed AUSA Krotoski that defendant sought to obtain Court approval to travel internationally with the consent of the United States Probation Office for the Southern District of California.  Mr. Guerrero further informed AUSA Krotoski that Probation Officer Lisa Bishop did not oppose defendant's request to seek an order from the Court allowing defendant to travel internationally with the prior approval of the United States Probation Office for the Southern District of California.

11.      AUSA Krotoski informed Mr. Guerrero that defendant had pled guilty to the offense and, to date, had followed all of the conditions of probation, including completing his terms in a community correction facility and home detention with electronic monitoring.  AUSA Krotoski informed Mr. Guerrero that he does not object to defendant obtaining Court approval to travel internationally pursuant to the rules and regulations of the United States Probation Office for the Southern District of California.

12.      Defendant requests, and the government does not oppose, that the Court modify the standard conditions of probation to allow defendant to travel internationally with the prior approval of the United States Probation Office for the Southern District of California.

IT IS SO STIPULATED.

DATE: June 11, 2007                           SCOTT N. SCHOOLS
                                              United States Attorney


                                              By:  _____/s/_____
                                                   Mark L. Krotoski

                                              Assistant United States Attorney

DATE: June 11, 2007                           FOLEY & LARDNER LLP


                                              By:  _____/s/_____
                                                   Thomas F. Carlucci
                                                   Jaime Guerrero

                                              Attorneys for Defendant RYAN ZEMAN


ATTESTATION REGARDING SIGNATURES

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

1

ORDER

2

     IT IS SO ORDERED.  The standard conditions of defendant Ryan Zeman's probation are

3

modified such that defendant may travel internationally with the prior approval of the United

4

States Probation Office for the Southern District of California.  All other standard conditions of

5

defendant's probation are to stay the same.

6

7

DATE:  6/19/07

8

By:  *Ronald M. Whyte*

9

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LACA_809583.3